J-A34010-14

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| WALTER R. SCHWEIZER | |
| Appellant | No. 369 MDA 2014 |

Appeal from the Judgment of Sentence entered December 20, 2013
In the Court of Common Pleas of York County
Criminal Division at No: CP-67-CR-0008282-2012

BEFORE:  FORD ELLIOTT, P.J.E., SHOGAN, and STABILE, JJ.

DISSENTING MEMORANDUM BY STABILE, J.:        **FILED APRIL 14, 2015**

I respectfully dissent and would vacate the sentence and remand for resentencing.

I do not disagree with the Majority's general statement that failure to take responsibility and lack of remorse are proper sentencing factors to be considered by a trial court.  In this case, however, I am unable to separate these general considerations from the context in which they were referenced by the trial court.  The trial court's reference to lack of remorse and failure to take responsibility were stated in response to Appellant's actions to withdraw his guilty plea and exercise his right to go to trial.  A defendant who chooses to "go to trial and roll the dice" exercises a right guaranteed by our federal and state constitutions.  I therefore, would find error under **Commonwealth v. Bethea**, 379 A.2d 102 (Pa. 1977).